```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00339 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR CHANGE OF PLEA SETTING |
| v. | ) | |
| AMANDA CORONADO, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Daniel Harralson, attorney for the defendant, that the status conference set for September 9, 2013 at 1:00 pm before the Honorable Barbara A. McAuliffe be vacated and that a change of plea

///
///
///
///
///
///
///

1

1 hearing be scheduled for August 26, 2013 at 10:00 a.m. before the
2 Honorable Anthony W. Ishii.

Dated: August 22, 2013                    Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                        By     /s/ Kimberly A. Sanchez
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant U.S. Attorney

Dated: August 22, 2013                    /s/ Kimberly A. Sanchez
                                                      KIMBERLY A. SANCHEZ
                                                      Attorney for Homero Borja

IT IS SO ORDERED.

Dated:    August 22, 2013                 _____
                                                       SENIOR  DISTRICT JUDGE