BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
      United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>AMANDA CORONADO,<br><br>            Defendant. | 1:12-CR-00339-AWI<br><br>**FINAL ORDER OF FORFEITURE** |

   WHEREAS, on September 4, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Amanda Coronado forfeiting to the United States the following property:

   a.   .22 Caliber High Standard Marshal Revolver, and
   b.   All ammunition seized in this case.

   AND WHEREAS, Beginning September 22, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third

Final Order of Forfeiture

1

1 parties of their right to petition the Court within sixty (60) days
2 from the first day of publication of the notice for a hearing to
3 adjudicate the validity of their alleged legal interest in the
4 forfeited property;
5     AND WHEREAS, the Court has been advised that no third party
6 has filed a claim to the subject property and the time for any
7 person or entity to file a claim has expired.
8     Accordingly, it is hereby ORDERED and ADJUDGED:
9     1. A Final Order of Forfeiture shall be entered
10 forfeiting to the United States of America all right, title, and
11 interest in the above-listed property pursuant to 18 U.S.C. §
12 924(d) and 28 U.S.C. § 2461(c), to be disposed of according to law,
13 including all right, title, and interest of Amanda Coronado.
14     2. All right, title, and interest in the above-listed
15 property shall vest soley in the name of the United States of
16 America.
17     3. The Department of Homeland Security, Immigration
18 Customs Enforcement or Customs and Border Protection shall maintain
19 custody of and control over the subject property until it is
20 disposed of according to law.

IT IS SO ORDERED.

Dated:   January 16, 2014     _____
                                                              SENIOR DISTRICT JUDGE

Final Order of Forfeiture